# IN THE SUPREME COURT OF THE STATE OF NEVADA

KATHLEEN SUSAN STIPE,
Appellant,
vs.
SATICOY BAY LLC,
Respondent.

No. 85581

FILED

NOV 04 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order affirming a justice court order of summary eviction. Eighth Judicial District Court, Clark County; Tara D. Clark Newberry, Judge.

The district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1696). Accordingly, this court lacks jurisdiction over this appeal, and therefore

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, Sr.J.
Gibbons

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in this matter under a general order of assignment.

In light of this order, no action will be taken on the pro se motion to stay filed on November 2, 2022.

22-34810

cc: Hon. Tara D. Clark Newberry, District Judge
Kathleen Susan Stipe
Eighth District Court Clerk

